___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 2 6 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

08-CV-00584-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLSAINT DOISSAINT, | CASE NO. C08-0584-MJP |
| Petitioner, | |
| v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Motion to Dismiss, petitioner's Cross-Motion for Summary Judgement, all papers and exhibits in support and in opposition to those pleadings, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 20), Respondents' objections to the Report and Recommendation (Dkt. No. 21), Petitioner's response to those objections (Dkt. No. 22), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. 4) and Cross-Motion for Summary Judgment (Dkt. 16) are GRANTED, and Respondents' Motion to Dismiss (Dkt. 12)

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

is DENIED;

(3) This matter is REMANDED to the Seattle Immigration Court for the purpose of providing petitioner with an individualized bond hearing within 20 days of the date of this Order. *The Immigration Judge is to determine whether and under what conditions petitioner may be released from custody pending petitioner's Petition for Review in the Ninth Circuit Court of Appeals;* and

(4) The Clerk shall send a copy of this Order to the parties, and to the Honorable Mary Alice Theiler.

DATED this 26 day of August, 2008.

MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2